UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF AN APPLICATION
OF THE UNITED STATES OF AMERICA
FOR WARRANT AUTHORIZING THE          APPLICATION NO. 13-M-222
SEARCH AND SEIZURE OF DATA
RELATING TO A SPECIFIED EMAIL
ACCOUNT

## RETURN AFFIDAVIT

Ann Phillippi, being duly sworn, deposes and says:

1. I am a state certified law enforcement officer, employed as a Detective by the City of West Allis Police Department, and have been so employed for over twenty three (23) years. I am also a federally deputized Task Force Agent with the United States Department of Justice, Drug Enforcement Administration (DEA), and have been so assigned for over four (4) years. I am currently involved in the investigation of the drug trafficking activities of John WILHOITE and others.

2. The following is based on first-hand knowledge and on information provided by Google Legal Investigations Support.

3. In search and seizure warrant issued on April 1, 2013, under Application No. 13-M-222 (PJG), this court authorized the search and seize the data/records for and contents of all emails associated with Google Gmail email account BROTHERWSFINANCE@GMAIL.COM (target email account).

4. Following the issuance of this warrant, the warrant was served upon Google Legal Investigations Support via facsimile at 650-649-2939 on April 9, 2013.

5. Google Legal Investigations Support supplied one disc containing the available data for the target account with associated documents, which was received via FedEx on May 28, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

ANN PHILLIPPI
DEA Task Force Agent

SWORN to and subscribed before me
this 13th of June, 2013.

_____
PATRICIA J. GORENCE
U.S. Magistrate Judge